[No. 23502-5-III. Division Three. November 29, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. PAUL DAVID WHITE, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 03-1-00982-8, C. James Lust, J., entered October 7, 2004. *Remanded* by unpublished opinion per Sweeney, A.C.J., concurred in by Schultheis and Brown, JJ.

[No. 54933-2-I. Division One. December 5, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. HUNG VAN NGUYEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-02657-0, Michael Hayden, J., entered September 7, 2004. *Affirmed in part, reversed in part*, and *remanded* by unpublished per curiam opinion.

[No. 55068-3-I. Division One. December 5, 2005.]

PLANET EARTH FOUNDATION ET AL., *Respondents*, v. GULF UNDERWRITERS INSURANCE COMPANY ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 03-2-38316-3, Steven G. Scott, J., entered November 8, 2004. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Cox, C.J., and Schindler, J.

[No. 55569-3-I. Division One. December 5, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH RILEY WILSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-09583-9, Douglass A. North, J., entered December 13, 2004. *Reversed* by unpublished per curiam opinion.